# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:11-cr-232-Orl-22KRS

SHAUNETTE SAWYERS

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. No. 115), to which there has been a Notice of No Objection filed by the Government and a Notice of No Objection filed by the Defendant, the plea of guilty of the Defendant to Count Four of the Indictment is now accepted and the Defendant is adjudged guilty of such offense. The Court has reviewed the transcript of the plea hearing and determines that the Defendant was adequately examined under oath concerning each of the subjects mentioned in Rule 11. Specifically the Court finds the guilty plea was knowledgeable and voluntary and that Defendant's admission of facts is sufficient to support each of the essential elements of the offense. A sentencing has been scheduled by separate notice.

**DONE and ORDERED** at Orlando, Florida this 20th day of November, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Probation Office
United States Pretrial Services